

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-6-2007

# Wallace v. Price

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-9002

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Wallace v. Price" (2007). *2007 Decisions.* Paper 808.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/808

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

Nos. 03-9002 & 03-9003

———————

WILLIAM WALLACE, JR.,

Appellant

v.

JAMES PRICE, Superintendent

———————

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D. C. No. 99-cv-00231)
District Judge: Hon. Sean J. McLaughlin

———————

Argued June 7, 2007

Opinion filed June 18, 2007

Before: FUENTES, GREENBERG and ROTH, Circuit Judges

**O R D E R**

**ROTH, Circuit Judge**:

   **IT IS ORDERED** that the **not precedential opinion filed** on **June 18, 2007** in the

above matter is **vacated.** A revised not precedential opinion will be filed simultaneously

with this Order.

By the Court,

/s/ Jane R. Roth
Circuit Judge

Dated: July 6, 2007
nmb/cc:     Joel B. Johnston, Esq.
            Matthew C. Lawry, Esq.
            (Michael J. Fagella, Esq.
            (John C. Pettit, Esq.